AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Vance    Telephone: (810) 766-5177
Special Agent: Bowling    Telephone: (901) 201-1342

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

**RECEIVED**
By Amy Godlewski at 1:38 pm, Aug 20, 2025

United States of America
v.
**KOBE Y. PATTERSON**

Case: 4:25-cr-20625

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KOBE Y. PATTERSON,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(a)(1)(A) - DEALING IN FIREARMS WITHOUT A LICENSE;
18 U.S.C. § 922(a)(6) - FALSE STATEMENT DURING ACQUISITION OF A FIREARM;
18 U.S.C. § 932(b)(1) - STRAW PURCHASING OF A FIREARM;
18 U.S.C. § 922(o) - ILLEGAL POSSESSION OF A MACHINEGUN

Date: August 20, 2025

*Issuing officer's signature*

NICOLE METIVIER, DEPUTY CLERK
*Printed name and title*

City and state: Flint, Michigan

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

*Distribution: Original Court – 1 copy U.S. Marshal – 2 copies USA*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: KOBE Y. PATTERSON

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 04/25/2001

Social Security number: 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

Height: 5'8"   Weight:

Sex: Male   Race: Black

Hair:   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: